IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. 1068-11






JERRY DON CALDER, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE FIFTH COURT OF APPEALS


DALLAS COUNTY





 Per curiam. Keasler and HERVEY, JJ., dissent.


ORDER 



 The amended petition for discretionary review violates Rules of Appellate
Procedure 68.4(i) & 68.5 because it does not contain the opinion of the court of appeals and
the petition exceeds the proper page limits.

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition and copies must
be filed in the Court of Criminal Appeals within thirty days after the date of this order.

 

Filed October 5, 2011

Do not publish